UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael David Bailey

   v.                        Civ. No. 20-cv-540-JL

FCI Berlin

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 21, 2020.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: October 2, 2020

cc: Michael David Bailey, pro se
     Seth R. Aframe, AUSA